# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv26

| SYNOVUS BANK, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| ROBERT J. GREER; and JOANNE P. GREER, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on periodic review. Review of the pleadings reveals that defendants' Answers or other responsive pleadings were due to be filed not later than March 7, 2011. No responsive pleading has been filed by defendants and plaintiff has not filed a motion for entry of default.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff file an appropriate motion or take further action to move this case forward not later than March 25, 2011.

Signed: March 14, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge