THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00026-MR-DLH

| | |
|---|---|
| **SYNOVUS BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ROBERT J. GREER and JOANNE** ) | |
| **P. GREER,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss its claims against Defendant Robert J. Greer without prejudice [Doc. 21].

For the reasons stated in the Motion, and for cause shown, the Court will allow the Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 21] is **GRANTED**, and the Plaintiff's claims against the Defendant Robert J. Greer are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 4, 2013

Martin Reidinger
United States District Judge