THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00026-MR-DLH

| | |
|---|---|
| SYNOVUS BANK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT J. GREER and JOANNE )<br>P. GREER, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Show Cause Order [Doc. 22].

On December 12, 2012, the Court entered an Order directing the Plaintiff to show cause in writing within fourteen (14) days why this case should not be dismissed for failure to prosecute. [Doc. 19]. On December 14, 2012, the Plaintiff filed a Response to the Show Cause Order, indicating that it was simultaneously seeking the entry of default against the Defendant Joanne P. Greer and moving to dismiss its claims against the Defendant Robert J. Greer. [Doc. 22]. In light of the Plaintiff's Response, the Court determines that this matter should be allowed to proceed.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 19] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: January 4, 2013

Martin Reidinger
United States District Judge